UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                  17-cr-789 (PKC)
                                                                  19-cv-11557 (PKC)

     -against-

                                                                    ORDER

JOHN BROWN,

                           Defendants.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Within 21 days of this Order, the government shall address defendant's motion to supplement as well as the declaration of Nathaniel Z. Marmur. Defendant shall reply within a subsequent 21 days.

       SO ORDERED.

                                                                 P. Kevin Castel
                                                      United States District Judge

Dated: New York, New York
           July 22, 2020