UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                           17-cr-789 (PKC)
                                                           19-cv-11557 (PKC)

      -against-
                                                             ORDER

JOHN BROWN,

                          Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

       Defendant's application for appointment of counsel, (Doc. 86), is denied without prejudice. Mr. Brown may reply to the government's response of August 13, 2020, (Doc. 84), by October 13, 2020.

       SO ORDERED.

                                                         P. Kevin Castel
                                             United States District Judge

Dated: New York, New York
           September 15, 2020