UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x

UNITED STATES OF AMERICA,

                                                              17-cr-789 (PKC)

      -against-                                  ORDER

JOHN BROWN,

            Defendant.
―――――――――――――――――――――x

CASTEL, U.S.D.J.

       The government shall respond to the motion of John Brown for a sentence reduction under 18 U.S.C. § 3582(c)(1)(A) by December 18, 2020.  The response shall include among any other issue the government wishes to address: (1) the defendant's medical condition as reflected in BOP records; (2) the defendant's disciplinary history; and (3) COVID-19 conditions at the facility where defendant is held.

       SO ORDERED.

                                                    *P. Kevin Castel* (signature)
                                                    P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
           December 4, 2020

                                                          Mailed to John Brown 12/4/2020