UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――x

UNITED STATES OF AMERICA,

                                            17-cr-789 (PKC)

        -against-                          ORDER

JOHN BROWN,

        Defendant.
―――――――――――――――――――――x

CASTEL, U.S.D.J.

        Any reply to the government's submission by Mr. Brown shall be filed no later than January 12, 2021.

        SO ORDERED.

                                                    P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
            December 22, 2020

                                                            Mailed to John Brown 12/22/2020